UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| WATLOW ELECTRIC MANUFACTURING COMPANY, | ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:06CV9CDP |
| DANAHER CORPORATION, d/b/a, DANAHER INDUSTRIAL CONTROLS GROUP, | ) ) ) ) | |
| Defendant. | ) ) | |

## REPLY TO ORDER

Plaintiff, Watlow Electric Manufacturing Company, acknowledges the Court's Order to show cause and in response thereto hereby notifies the Court that the Parties are continuing settlement discussions pursuant to an Agreement executed by the Parties on May 9, 2006. Accordingly, filed concurrently herewith is Plaintiff's Notice of Voluntary Dismissal, without prejudice, pursuant to the Agreement.

Dated:  May 15, 2006                                             Respectfully submitted,

By:   /s/ Bryan K. Wheelock
Bryan K. Wheelock, #4696
Kelly K. Burris, #98123
Douglas R. Wilner, #117826
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme Avenue, Suite 400
St. Louis, Missouri  63105
Telephone: (314) 726-7500
Facsimile: (314) 726-7501

*Attorneys for Plaintiff Watlow Electric Manufacturing Co.*

-1-